UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JERRY CHAMBERS,<br><br>    Plaintiff,<br><br>    v.<br><br>RON NEAL, BUSS, and BANE,<br><br>    Defendants. | CAUSE NO. 3:26-CV-78-JD-JEM |

OPINION AND ORDER

Jerry Chambers, a prisoner without a lawyer, filed a complaint alleging he was served food containing mouse feces on December 23, 2025. ECF 1. "A document filed *pro se* is to be liberally construed, and a *pro se* complaint, however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers." *Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (quotation marks and citations omitted). Nevertheless, under 28 U.S.C. § 1915A, the court must review the merits of a prisoner complaint and dismiss it if the action is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief.

Chambers alleges he wrote to Warden Ron Neal and Assistant Warden Buss about the problem he had with mouse feces in his food, but they did not respond. He sues them and UTW Head Pam Bane, but he provides no facts showing any of them were personally involved with serving his meal on December 23, 2025. There is no general supervisory liability under 42 U.S.C. § 1983. *Burks v. Raemisch*, 555 F.3d 592, 594

(7th Cir. 2009). "Only persons who cause or participate in the violations are responsible." *George v. Smith*, 507 F.3d 605, 609 (7th Cir. 2007). This complaint does not state a claim against these three defendants.

If Chambers believes he can state a claim based on (and consistent with) his allegations about having been served food containing mouse feces on December 23, 2025, he may file an amended complaint because "[t]he usual standard in civil cases is to allow defective pleadings to be corrected, especially in early stages, at least where amendment would not be futile." *Abu-Shawish v. United States*, 898 F.3d 726, 738 (7th Cir. 2018). To file an amended complaint, he needs to write this cause number on a **Pro Se 14 (INND Rev. 2/20) Prisoner Complaint** form which is available from his law library. He needs to write the word "Amended" on the first page above the title "Prisoner Complaint" and send it to the court after he properly completes the form.

For these reasons, the court:

(1) GRANTS Jerry Chambers until **February 20, 2026**, to file an amended complaint; and

(2) CAUTIONS Jerry Chambers if he does not respond by the deadline, this case will be dismissed under 28 U.S.C. § 1915A without further notice because the current complaint does not state a claim for which relief can be granted.

SO ORDERED on January 23, 2026

/s/JON E. DEGUILIO  
JUDGE  
UNITED STATES DISTRICT COURT

2